UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PHILIP GILBERT,

Plaintiff,

v.

MUTUAL OF OMAHA MORTGAGE, INC.,

Defendant.

Case No.: 26-cv-04185-AJB-MSB

**ORDER DISMISSING CASE**

(Doc. No. 9)

Before the Court is the Stipulation of Dismissal with Prejudice filed by Plaintiff Philip Gilbert and Defendant Mutual of Omaha Mortgage, Inc. (Doc. No. 9.) The Court construes the filing as a joint motion. CivLR 1.1.d.; 7.2.b.; Fed. R. Civ. P. 7(b)(1). Good cause appearing, the joint motion is **GRANTED**. (Doc. No. 9.) The case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED**.

Dated: November 2, 2026

Hon. Anthony J. Battaglia
United States District Judge